TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-04-00480-CV






Aurora Garcia Muhammad, Appellant



v.



Texas Department of Protective and Regulatory Services, Appellee







FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT


NO. FM305061, HONORABLE W. JEANNE MEURER, JUDGE PRESIDING







M E M O R A N D U M O P I N I O N



 Appellant Aurora Garcia Muhammad filed a motion to dismiss this appeal. 
Accordingly, we grant the motion to dismiss this appeal. See Tex. R. App. P. 42.1(a)(1).



 __________________________________________

 Bob Pemberton, Justice

Before Chief Justice Law, Justices B. A. Smith and Pemberton

Dismissed on Appellant's Motion

Filed: January 24, 2005